**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : |
| | : CASE NO: 7:24-CR-30 (WLS-ALS-1) |
| TERRY LEONARD MCMILLAN, | : |
| | : |
| Defendant. | : |
| _____ | : |

## ORDER

Before the Court is Defendant's Motion for Reconsideration (Doc. 53), filed on October 21, 2025. The Government is **ORDERED** to file a response to the Motion no later than **Wednesday, October 29, 2025**.

**SO ORDERED**, this 23rd day of October 2025.

                                          **/s/ W. Louis Sands**
                                          **W. LOUIS SANDS, SR. JUDGE**
                                          **UNITED STATES DISTRICT COURT**