**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

UNITED STATES OF AMERICA,          :
                                   :
                                   :
v.                                 :
                                   :
                                   :   CASE NO: 7:24-CR-30 (WLS-ALS-1)
TERRY LEONARD MCMILLAN,            :
                                   :
        Defendant.                 :
_____  :

## ORDER

Before the Court is the Government's Motion in Limine to Exclude Evidence and Argument (Doc. 64), filed on January 1, 2026. Since the filing of the Motion, Defendant has pleaded guilty to the Indictment in this case. (Docs. 65 & 66). The Court sentenced Defendant on April 2, 2026. (Doc. 73). As such, the Government's Motion in Limine (Doc. 64) is **DENIED**, without prejudice, as moot.

        **SO ORDERED**, this 6th day of April 2026.

                              **/s/ W. Louis Sands**
                              **W. LOUIS SANDS, SR. JUDGE**
                              **UNITED STATES DISTRICT COURT**

1